■ In the Matter of the Appointment of J. ADDISON YOUNG, II, as a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar in the Ninth Judicial District.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law § 90; CPLR 9401), J. Addison Young, II, a practicing lawyer and resident of Westchester County, is hereby appointed, effective December 1, 1969 (in place of J. Robert Bleakley, Esq., who resigned), as a member of the Committee on Character and Fitness for the Ninth Judicial District, to investigate the character and fitness of applicants in said dis-

trict for admission to practice as attorneys and counselors at law in the courts of this State. Beldock, P. J., Christ, Brennan, Rabin, Hopkins, Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.